JOHN R. DUFFY, Appellant, v JOHN E. HOLT-HARRIS, JR., et al., Respondents. [643 NYS2d 1021]

The Supreme Court correctly denied the plaintiff's motion for leave to amend his complaint *(see, Rose v Velletri,* 202 AD2d 566; *see also, Duffy v Holt-Harris,* 159 AD2d 542). Rosenblatt, J. P., Ritter, Copertino and Santucci, JJ., concur.